# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **HENRY Q. RICHARDS,** Defendant. | PO-16-5003-BLG-CSO Violation No. F3672407 Location Code: M6H **ORDER** |

Based on motion of the United States and good cause appearing,

IT IS ORDERED that the motion to dismiss (*ECF 2*) with prejudice, Violation Notice F3672407 is GRANTED. This matter is dismissed with prejudice as fully adjudicated.

DATED this 22nd day of January, 2016.

/s/ Carolyn S. Ostby
United States Magistrate Judge